IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00225-LTB-MEH

LORI GOOMBI, Parent of Minor Child KENONRANON C. GOODMAN, Deceased,
LSTASHA M. GOOMBI, Surviving Sibling of KENONRANON C. GOODMAN, Deceased,
JAQUIN D. GOOMBI, Surviving Sibling of KENONRANON C. GOODMAN, Deceased,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,
UTE MOUNTAIN UTE TRIBE,
UTE MOUNTAIN UTE TRIBE SOCIAL SERVICES,
UTE MOUNTAIN UTE SUNRISE YOUTH SHELTER,
CONSTANCE LEHI, DIRECTOR, SUNRISE YOUTH SHELTER,
MONTEZUMA COUNTY SOCIAL SERVICES,
DENNIS A. STORY, DIRECTOR, MONTEZUMA COUNTY SOCIAL SERVICES,

    Defendants.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Joint Motion for Stay (Doc 5 - filed February 26, 2008) is **GRANTED**. Defendants Ute Mountain Ute Tribe, Ute Mountain Ute Social Services, Ute Mountain Ute Sunrise Youth Shelter, and Constance Lehi, Director, Ute Mountain Ute Sunrise Youth Shelter's answer date is stayed until Defendant United States of America files its answer or answers on behalf of these Defendants.

Dated:  February 27, 2008
_____