IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00225-LTB-MEH

LORI GOOMBI, Parent of Minor Child KENONRANON C. GOODMAN, Deceased,
LSTASHA M. GOOMBI, Surviving Sibling of KENONRANON C. GOODMAN, Deceased,
JAQUIN D. GOOMBI, Surviving Sibling of KENONRANON C. GOODMAN, Deceased,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,
UTE MOUNTAIN UTE TRIBE,
UTE MOUNTAIN UTE TRIBE SOCIAL SERVICES,
UTE MOUNTAIN UTE SUNRISE YOUTH SHELTER,
CONSTANCE LEHI, DIRECTOR, SUNRISE YOUTH SHELTER,
MONTEZUMA COUNTY SOCIAL SERVICES,
DENNIS A. STORY, DIRECTOR, MONTEZUMA COUNTY SOCIAL SERVICES,

    Defendants.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiffs' Motion for Leave to Amend Complaint (Doc 2 - filed February 14, 2008) is **GRANTED**. The First Amended Complaint is accepted for filing this date.

Dated: March 20, 2008
_____