IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00225-LTB-MEH

LORI GOOMBI, Parent of Minor Child, Knenranon C. Goodman, Deceased,
LATASHA M. GOOMBI, Surviving Sibling, and
JAQUIN D. GOOMBI, Surviving Sibling,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,
UTE MOUNTAIN UTE TRIBE,
UTE MOUNTAIN UTE TRIBE SOCIAL SERVICES,
UTE MOUNTAIN UTE SUNRISE YOUTH SHELTER,
CONSTANCE LEHI, Director, Sunrise Youth Shelter,
MONTEZUMA COUNTY SOCIAL SERVICES, and
DENNIS A. STORY, Director, Montezuma County Social Services,

    Defendants.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Joint Stipulation to Dismiss Certain Defendants (Doc 17 - filed April 25, 2008), and the Stipulated Motion to Dismiss County Defendants, With Prejudice (Doc 18 - filed April 25, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to all Defendants except the United States of America**, each party to pay their own fees and costs. This action shall continue between Plaintiffs and Defendant United States of America.

                                             BY THE COURT:

                                             s/Lewis T. Babcock
                                             Lewis T. Babcock, Judge

DATED: April 28, 2008