**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00225-LTB-MEH

LORI GOOMBI, Parent of Minor Child, Knenranon C. Goodman, Deceased,
LATASHA M. GOOMBI, Surviving Sibling, and
JAQUIN D. GOOMBI, Surviving Sibling,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Joint Stipulation to Dismiss (Doc 23 - filed May 22, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay their own fees and costs.

    BY THE COURT:

      s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: May 23, 2008